THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY GARCIA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued November 22, 1920; decided December 7, 1920.)

APPEAL from a judgment of the Supreme Court, rendered March 25, 1920 at a Trial Term for the county of Cattaraugus upon a verdict convicting the defendant of the crime of murder in the first degree.

*Orla E. Black* for appellant.

*Archibald M. Laidlaw, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.